UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

**SHANELL SMITH,**
**PLAINTIFF**                                                                 **JUDGMENT IN A CIVIL CASE**

**and**

**VERNONSTEIN SMITH and**
**Husband, CLENELL SMITH**
**PLAINTIFF(S)**
**VS**

**CLARENCE WEEMS**                                   **CASE NO: 05-2746-V**
**and GLOBAL INTERMODAL SYSTEMS**              **Consolidated**
**DEFENDANT(S)**

---

This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that in accordance with the Stipulation To Dismissal With Prejudice, entered on April 2, 2007, this case is dismissed with prejudice at defendant's costs, if any, pursuant to FRCP 41(a)(1)(ii).**


**APPROVED:**


**s/Diane K. Vescovo**
**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

 **April 4, 2007**                                          **Thomas M. Gould**
**Date**                                                              **Clerk of Court**


                                                                      **s/Betty Guy**
                                                              **(By)  Deputy Clerk**